NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
30562
23-DEC-2010
11:51 AM

NO. 30562

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

AMERICAN SAVINGS BANK, F.S.B., a federal savings bank,
and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
a Delaware corporation acting solely as a nominee for
AMERICAN SAVINGS BANK, F.S.B., Plaintiffs-Appellees, v.
ROSEMARIE S. DELFIN, fka ROSEMARIE SHAMBAUGH;
DENNIS DELFIN, SR., Defendants-Appellants, and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a
Delaware corporation acting solely as a nominee for
COUNTRYWIDE HOME LOANS, INC., a New York corporation;
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; DOE LIMITED LIABILITY ENTITIES 1-10;
DOE ENTITIES 1-10; DOE GOVERNMENTAL UNITS 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 09-1-0398)

ORDER APPROVING STIPULATION TO DISMISS APPEAL WITH PREJUDICE
(By: Reifurth, J., for the court[1])

Upon consideration of the Stipulation for Dismissal With Prejudice of Appeal filed on December 20, 2010,

IT IS HEREBY ORDERED the stipulation is approved and this appeal is dismissed with prejudice. The parties shall bear their own costs and fees.

DATED: Honolulu, Hawaiʻi, December 23, 2010.

FOR THE COURT:

*[signature]*

Associate Judge

---

[1] Considered by: Fujise, Presiding Judge, Reifurth and Ginoza, JJ.